# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-4006
_____

Frederick James Davis

*Plaintiff - Appellant*

v.

St. Louis County; Charles Dooley; Julia Childrey; Fred Rottnek

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: August 30, 2013
Filed: September 5, 2013
[Unpublished]

_____

Before WOLLMAN, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Frederick James Davis appeals following the district court's[1] adverse entry of judgment on a jury verdict in his 42 U.S.C. § 1983 action.  Davis's assertions of error are vague and conclusory, however, see Milligan v. City of Red Oak, Iowa, 230 F.3d 355, 360 (8th Cir. 2000) (per curiam) (where party fails to support assertion with argument or legal authority, issue is deemed waived), or require a trial transcript for meaningful review, see Kelly v. Omaha Hous. Auth., 721 F.3d 560, 562 (8th Cir. 2013) (it is appellant's duty to order trial transcript; it is important to reviewing court that appellant bring before court all parts of proceedings below necessary for determination as to validity of claimed error).  The judgment is affirmed.  See 8th Cir. R. 47B.

_____

[1]The Honorable Thomas C. Mummert, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).